NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GREEN EDGE ENTERPRISES, LLC,**
*Plaintiff/Counterclaim Defendant-Appellant,*

**v.**

**RUBBER MULCH ETC., LLC,
GROUNDSCAPE TECHNOLOGIES, LLC,
AND RUBBER RESOURCES, LTD., LLP,**
*Defendants/Counterclaimants,*

**v.**

**INTERNATIONAL MULCH COMPANY
AND MICHAEL MILLER,**
*Counterclaim Defendants-*

*Appellees,*

**v.**

**JUDY SMITH,**
*Counterclaim Defendant,*

AND

**LEE GREENBERG,**
*Counterclaim Defendant.*

---

2012-1539

---

GREEN EDGE ENTERPRISES V. RUBBER MULCH ETC.                    2

Appeal from the United States District Court for the Eastern District of Missouri in case no. 02-CV-0566, Magistrate Judge Terry I. Adelman.

————————————————

**ON MOTION**

————————————————

**O R D E R**

Douglas D. Churovich moves to withdraw as counsel of record for the appellant, Green Edge Enterprises, LLC.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  The revised official caption is reflected above.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21